UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL DAVENPORT,

    Plaintiff,

v.

NEW JERSEY BOARD OF PUBLIC UTILITIES, NEW JERSEY DEPARTMENT OF TREASURY, and STATE OF NEW JERSEY,

    Defendants.

Civ. No. 18-13687

**MEMORANDUM OPINION**

THOMPSON, U.S.D.J.

Plaintiff, appearing *pro se*, brings this civil rights action against Defendants, alleging workplace discrimination and retaliation. (Compl. at 7–8, ECF No. 1.) On June 11, 2019, the Court granted Defendants' Motion to Dismiss and dismissed the Complaint. (Order at 1, ECF No. 18.) But the Court granted Plaintiff leave to amend the Complaint within fourteen days of the Order to cure any deficiencies identified in the Court's Opinion filed on the same day. (*See* Op. at 12, ECF No. 17.)

In response, Plaintiff filed a Motion to Amend Complaint on June 25, 2019, identifying two primary amendments he wishes to insert into the Complaint. (*See* Mot. at 2, 6, ECF No. 19-1.) The Motion to Amend, however, fails to comport with Local Civil Rule 15.1 as it fails to attach either (1) an actual copy of the proposed complaint that has been amended; or (2) a form of the amended complaint that indicates in what respect(s) it differs from the complaint by striking through materials to be deleted and underlining materials to be added (*i.e.*, a redlined version of the amended complaint). Accordingly,

IT IS on this 28th day of June, 2019,

ORDERED that Plaintiff's Motion to Amend (ECF No. 19) is DENIED; and it is further

ORDERED that, if Plaintiff wishes to amend the Complaint, he must file an amended complaint that complies with Local Civil Rule 15.1 within seven days from the date of this Order.

*/s/ Anne E. Thompson*_____
ANNE E. THOMPSON, U.S.D.J.