GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants

By:  Kimberly G. Williams
     Deputy Attorney General
     NJ Bar ID #081392013
     Phone: (609) 376-3121
     Kimberly.williams@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| MICHAEL DAVENPORT<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY BOARD OF PUBLIC UTILTIES, NEW JERSEY DEPARTMENT OF TREASURY, STATE OF NEW JERSEY, RICHARD MROZ, KENNETH SHEEHAN, MALIK FAHMI, Unnamed Co-Conspirators and subordinates<br><br>Defendants. | Civil Action No. 18-13687<br>(AET-LHG)<br><br>**STIPULATION OF DISMASSAL** |

This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint is voluntarily dismissed against Defendant State of New Jersey, State of New Jersey Department of Treasury, and the New Jersey Board of Public Utilities Commissioners with prejudice and without costs. The Title VII claim against the New Jersey Board of Public Utilities remains.

It is so ordered this 15th day of march, 2021

Anne E. Thompson, U.S.D.J.