UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL DAVENPORT,

                Plaintiff,

v.

JOSEPH FIORDALISO, *et al.*,

                Defendants.

Civil Action No. 18-13687 (GC) (JBD)

**ORDER & JUDGMENT**

**THIS MATTER** comes before the Court upon the Motion to Dismiss the Third Amended Complaint.[1] (ECF No. 71.) Following briefing by the parties, the Court carefully considered the submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 30th day of January, 2024, **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 71) is **GRANTED**.

2. Plaintiff's claims in the Third Amended Complaint (ECF No. 69) are **DISMISSED** with prejudice.

3. The Clerk shall **TERMINATE** the motion at ECF No. 71 and **CLOSE** this case.

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Third Amended Complaint is dated September 6, 2022. (ECF No. 69.)